UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEON AND D.T.L. ENTERPRISES, LLC,<br><br>             Plaintiffs,<br><br>- against -<br><br>ECP-PF HOLDINGS GROUP, INC., ECP-PF: NY OPERATIONS (EAST), LLC, ECP-PF: NY OPERATIONS (WEST), LLC, ECP-PF: NY OPERATIONS, INC., ECP-PF: ARIZONA, LLC, ECP-PF: CANADA, LLC, ECP-PF: CT OPERATIONS, INC., ECP-PF: NM OPERATIONS, INC.<br><br>             Defendants. | [Case No.] _____<br><br>**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

   Pursuant to Federal Rules of Civil Procedure 7.1, Defendants ECP-PF Holdings Group, Inc.; ECP-PF: NY Operations (East), LLC; ECP-PF: NY Operations (West), LLC; ECP-PF: NY Operations, Inc.; ECP-PF: Arizona, LLC; ECP-PF: Canada, LLC; ECP-PF: CT Operations, Inc.; and ECP-PF: NM Operations, Inc. (collectively, the "ECP Entities"), by its attorneys, DLA Piper LLP (US), hereby certify the following:

   The ECP Entities certify that they are nongovernmental corporations organized and existing under the laws of the State of Delaware, with their principal places of business in Orange, Connecticut, and submit the following statements of their corporate interests and affiliations:

   (1) ECP-PF Holdings Group, Inc. is a privately-held Delaware corporation and does not have any parent corporation;

   (2) ECP-PF: NY Operations (East), LLC is a privately-held Delaware corporation that is owned 100% by ECP-PF: NY Operations;

EAST\137309359.1

- 2 -

(3) ECP-PF: NY Operations (West), LLC is a privately-held Delaware corporation that is owned 100% by ECP-PF: NY Operations;

(4) ECP-PF: NY Operations, Inc. is a privately-held Delaware corporation that is owned 100% by ECP-PF Holdings Group, Inc.;

(5) ECP-PF: Arizona, LLC is a privately-held Delaware corporation that is owned 100% by ECP-PF Holdings Group, Inc.;

(6) ECP-PF: Canada, LLC is a privately-held Delaware corporation that is owned 100% by ECP-PF Holdings Group, Inc.;

(7) ECP-PF: CT Operations, Inc. is a privately-held Delaware corporation that is owned 100% by ECP-PF Holdings Group, Inc.; and

(8) ECP-PF: NM Operations, Inc. is a privately-held Delaware corporation that is owned 100% by ECP-PF Holdings Group, Inc.

Dated:   New York, New York
         November 23, 2016

                                              Respectfully submitted,

                                              __/s/ *Christopher G. Campbell*_____
                                              Christopher G. Campbell, Esquire (511346)
                                              **DLA PIPER LLP (US)**
                                              1251 Avenue of the Americas
                                              New York, New York  10020-1104
                                              (212) 835-6000
                                              *Attorney for ECP Defendants*

TO:   James E. Hacker, Esq.
      Attorney for Plaintiffs
      28 Second Street
      Troy, New York  12180

      and

      Reger Rizzo & Darnall LLP
      Of Counsel
      Attorneys for the Plaintiffs
      Cira Centre, 13th Floor
      2929 Arch Street
      13th Floor
      Philadelphia, PA  19104