UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

# FORM COMPLAINT FOR APPEAL OF A DECISION
# BY THE COMMISSIONER OF SOCIAL SECURITY

_____

ANTHONY A. DENNO,
        Plaintiff,

                                   Civil Action No.:

    V.

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY,
        Defendant.

_____

       The above-named Plaintiff makes the following representations to this Court for the purpose of obtaining judicial review of a decision of the defendant adverse to the plaintiff:

       1. The plaintiff (whose Social Security Account No. is xxx-xx-5724) is a resident of Queensbury in the State of New York.

       2. The Plaintiff complains of a decision which adversely affects the plaintiff in whole or in part. The decision has become the final decision of the Commissioner for purposes of judicial review and bears the following caption:

| | |
|---|---|
| In the case of<br>ANTHONY A. DENNO<br>(Claimant) | Claim for a period of disability and<br>disability insurance benefits under<br>Sections 216(i) and 223 of the Social<br>Security Act. |
| Anthony A. Denno<br>(Wage Earner) | xxx-xx-5724<br>(Social Security Number) |

       (A copy of the Action of the Appeals Council is attached to this Complaint)

       3. The Plaintiff has exhausted administrative remedies in this matter and this Court has jurisdiction for judicial review pursuant to 42 U.S.C. Section 405(g).

       WHEREFORE, Plaintiff seeks judicial review by this Court and the entry of judgment for such relief as may be proper, including costs.

DATE: 11/28/16                                     /S/ Stephen J. Mastaitis
                                                          Stephen J. Mastaitis
                                                          1412 Route 9P
                                                          Saratoga Springs, NY 12866
Attorney Bar Roll Number: 102128              (518) 583-9497